IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:08-MD-1976

| | |
|---|---|
| IN RE LENDINGTREE, LLC CUSTOMER DATA SECURITY BREACH LITIGATION | DEFENDANTS' CONSOLIDATED MOTION TO STAY AND TO COMPEL ARBITRATION PURSUANT TO SECTIONS 3 AND 4 OF THE FEDERAL ARBITRATION ACT |

Defendants Home Loan Center, Inc. d/b/a LendingTree Loans and LendingTree, LLC respectfully move the Court, pursuant to Sections 3 and 4 of the Federal Arbitration Act, to stay the five lawsuits transferred to this Court by the Judicial Panel on Multidistrict Litigation and compel these plaintiffs to individual (non-class) arbitration. The reasons supporting this motion are detailed in the consolidated memorandum filed contemporaneously with this motion.

This 17th day of November, 2008.

s/ Robert E. Harrington
Robert E. Harrington
N.C. Bar No. 26967
rharrington@rbh.com
Jonathan C. Krisko
N.C. Bar No. 28625
jkrisko@rbh.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

Mark S. Melodia (admitted *pro hac vice*)
mmelodia@reedsmith.com
Paul J. Bond (admitted *pro hac vice*)
pbond@reedsmith.com

**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street
Princeton, New Jersey 08540
(609) 514-6015

*Attorneys for Defendants*
*Home Loan Center, Inc. d/b/a LendingTree*
*Loans and LendingTree, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS' CONSOLIDATED MOTION TO STAY AND TO COMPEL ARBITRATION PURSUANT TO SECTIONS 3 AND 4 OF THE FEDERAL ARBITRATION ACT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jennie Lee Anderson<br>jennie@libertylaw.com | Jon Jason Lambiras<br>jlambiras@bm.net |
| Lori Erin Andrus<br>lori@libertylaw.com | Micha Star Liberty<br>micha@libertylaw.com |
| Ilan J. Chorowsky<br>ichorowsky@gmail.com | Jason Brant Reynolds<br>jasrey@aol.com |
| Robyn C. Crowther<br>crowther@caldwell-leslie.com | Rosemary M. Rivas<br>rrivas@finkelsteinthompson.com |
| Larry D. Drury<br>ldrurylaw@bm.net | James R. Rowe<br>rowelegal@gmail.com |
| Michael Todd Fantini<br>mfantini@bm.net | Jamie L. Sheller<br>jlsheller@sheller.com |
| Billy D. Griffin<br>oculaw2@aol.com | Gary W. Jackson<br>gjackson@ncadvocates.com |

and I hereby certify that I have mailed the document to the following non CM/ECF participants:

Jeffrey Carlton
1311 Mamaronek Ave.
White Plains, NY 10605

David Molinari
Bremer Whyte Brown & O'Meara LLP
501 West Broadway
Suite 1750
San Diego, CA 92101

Sherrie R. Savett
1622 Locust Street
Philadelphia, PA 19103

C-1110465v1

3

Case 3:08-md-01976-FDW     Document 5     Filed 11/17/2008     Page 3 of 4

This 17th day of November, 2008.

                                                s/ Robert E. Harrington
                                                Robert E. Harrington
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900
(704) 377-2536
rharrington@rbh.com