IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE LENDING TREE, LLC<br>CUSTOMER DATA SECURITY BREACH<br>LITIGATION | Civil Action No.: 3:08-MD-1976 |

**THE BERCAW-MILLER-SHAVER GROUP PLAINTIFFS' PETITION FOR CERTIFICATION FOR APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

The Bercaw-Miller-Shaver Group Plaintiffs, through undersigned counsel, and pursuant to 28 U.S.C. § 1292(b), respectfully request that the Court certify its February 5, 2009 ruling granting Defendant LendingTree, LLC's (hereafter "Lending Tree") "Consolidated Motion to Stay and Compel Arbitration" to the United States Court of Appeals for the Fourth Circuit for immediate appeal. As set forth in the accompanying Memorandum of Law, the Court's decision involves a controlling question of law for which there is substantial grounds for a difference of opinion, and immediate appeal likely will advance the ultimate termination of the litigation. Interlocutory review under § 1292(b) is therefore appropriate, and Plaintiffs submit that a certification of the Court's decision should be filed.

Dated: March 16, 2009.

                Respectfully submitted,

                By:    /s/  Gary W. Jackson
                      Gary W. Jackson, NC State Bar No. 13976
                      Sam McGee, NC State Bar No. 25343
                      JACKSON & McGEE, LLP
                      521 East Boulevard
                      Charlotte, NC  28203
                      Tel:  (704) 377-6680
                      Fax:  (704) 377-6690
                      *Liaison Counsel for Plaintiffs and the Class*

FINKELSTEIN THOMPSON LLP
Burton H. Finkelstein
Tracy D. Rezvani
1050 30th Street, N.W.
Washington, D.C. 20007
Tel: (202) 337-8000
Fax: (202) 337-8090
*(Admitted Pro Hac Vice)*

BARNOW AND ASSOCIATES, P.C.
Ben Barnow
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: (312) 621-2000
Fax: (312) 621-5504

LARRY D. DRURY, LTD.
Larry D. Drury
205 West Randolph, Suite 1430
Chicago, IL 60606
Tel: (312) 346-7950
Fax: (312) 346-5777

ALLEN ALLEN & TACK
Scott R. Rack
P. O. Box 1409
210 Chickasha Avenue
Chickasha, OK 73023
Tel: (405) 224-3111
Fax: (405) 224-8312

*Attorneys for Plaintiffs Amy Bercaw,
Russell Winsett and Ty Woods*

ANDRUS ANDERSON LLP
Lori E. Andrus
Jennie Lee Anderson
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel: (415) 986-1000
Fax: (415) 986-1474

HARKE & CLASBY LLP
Lance A. Harke, P.A.
Howard M. Bushman, Esq.

2
Case 3:08-md-01976-FDW    Document 26    Filed 03/16/2009    Page 2 of 4

155 South Miami Avenue, Suite 600
Miami, Florida 33130
Tel: (305) 536-8219
Fax: (305) 536-8229

*Attorneys for Plaintiff Paul Shaver and
The Proposed Class*

4

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2009, I electronically filed the foregoing THE BERCAW-MILLER-SHAVER GROUP PLAINTIFFS' PETITION FOR CERTIFICATION FOR APPEAL PURSUANT TO 28 U.S.C. § 1292(b), with the Clerk of Court using the CM/ECF system which will send notification of such filing to all disclosed recipients.

                                          /s/Gary W. Jackson
                                          Gary W. Jackson