**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3-08-MD-1976**

| | |
|---|---|
| IN RE LENDING TREE, LLC CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*APPLIES TO*:<br><br>AMY BERCAW, RUSSELL WINSETT, and TY WOODS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>LENDINGTREE, LLC, a Delaware limited liability company, NEWPORT LENDING CORP., a California corporation, SAGE CREDIT CO., a California corporation, HOME LOAN CONSULTANTS, INC., a California corporation, CHAPMAN CAPITAL, INC., a California corporation, and SOUTHERN CALIFORNIA MARKETING CORP., a California corporation.<br><br>                Defendants. | **MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

      Plaintiffs Amy Bercaw, Ty Woods and Russell Winsett ("Plaintiffs") hereby move the Court pursuant to Rule 15 of the Federal Rules of Civil Procedure, for an order granting leave to amend their Class Action Complaint ("Complaint") (The proposed amended complaint is attached hereto as Exhibit A.).[1] Plaintiffs respectfully request that

---

[1] The Complaint was filed on June 13, 2008, in the United States District Court, Central District of California. The Judicial Panel on Multidistrict Litigation designated this action for centralization in the Western District of North Carolina on October 7, 2008. No consolidated complaint has since been filed.

this Court grant leave to amend the Complaint to change the name of Defendant Newport Lending Corp. to Newport Lending Group, Inc.

Under Rule 15, leave to amend "shall be freely given when justice so requires." Court should liberally grant leave to amend so long as amendment of the pleading does not cause bad faith, undue prejudice to the opposing party, or is not futile. *Island Creek Coal Company v. Lake Shore, Inc.,* 832 F.2d 274, 279 (4th Cir. 1987); *Sandcrest Outpatient Services v. Cumberland County Hospital Systems, Inc.,* 853 F.2d 1139, 1148-49 (4th Cir. 1988); *Foman v. Davis,* 371 U.S. 178, 182 (1962). Here, Plaintiffs seek leave to amend the Complaint to correct a mistakenly named Defendant and request that the Court change Newport Lending Corp. to Newport Lending Group, Inc. Such amendment would not cause undue prejudice to the other Defendants, is not sought in bad faith, and is not futile.

Accordingly, Plaintiffs respectfully request that the Court grant their Motion for Leave to File First Amended Complaint.

Dated: July 2, 2009

By:   /s/ Gary W. Jackson_____
      Gary W. Jackson

**JACKSON & McGEE, LLP**
521 East Boulevard
Charlotte, NC 28203
Telephone: (704) 377-6680
Facsimile: (704) 377-6690

**Of Counsel:**

**FINKELSTEIN THOMPSON LLP**
Rosemary M. Rivas
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

FINKELSTEIN THOMPSON LLP
BURTON H. FINKELSTEIN
1050 30th Street, NW
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504

LARRY D. DRURY, LTD.
LARRY D. DRURY
205 West Randolph, Suite 1430
Chicago, IL 60606
Telephone: (312) 346-7950
Facsimile: (312) 346-5777

ALLEN ALLEN & TACK
SCOTT R. TACK
P.O. Box 1409
210 Chickasha Ave.
Chickasha, OK 73023
Telephone: (405) 224-3111
Facsimile: (405) 224-8312

# CERTIFICATE OF SERVICE

  I hereby certify that on July 2, 2009, I electronically filed the foregoing Motion for Leave to File First Amended Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all disclosed recipients.

  This the 2nd day of July, 2009.

                /s/Gary W. Jackson
                Gary W. Jackson