IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-md-01976-W

| | ) | |
|---|---|---|
| CONSTANCE SPINOZZI, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| LENDINGTREE, LLC, et al., | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of binding arbitration between the parties. On August 21, 2008, the Court heard oral argument concerning the Spinozzi, Mitchell, and Carson cases, and compelled each case to individual and binding arbitration. On October 8, 2008, the United States Judicial Panel on Multidistrict Litigation ordered that other related cases be consolidated in this Court for pretrial proceedings. As a result, on February 5, 2009, the Court heard oral argument concerning the newly transferred cases and similarly compelled these cases to proceed to binding arbitration. The Court last received status reports in November 2009 indicating the parties were still in the process of arbitration. On May 10, 2010, the Court received a "Motion to Confirm Arbitration Award" filed by Plaintiff Sylvia Carson. Based on this Motion, it appears arbitration between some parties has progressed, and the Court would like a status update. Accordingly, the Court directs the parties to file a status report on the binding arbitration by Wednesday, June 2, 2010.

IT IS SO ORDERED.

Signed: May 19, 2010

Frank D. Whitney
United States District Judge