UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-MD-01976-FDW

| | |
|---|---|
| CONSTANCE SPINOZZI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LENDINGTREE, LLC, et al. <br><br> Defendants. | **PLAINTIFFS' NOTICE OF INTENT TO COMMENCE ARBITRATION OR DISMISS WITH PREJUDICE WITHIN 30 DAYS** |

The undersigned Plaintiffs' counsel on behalf of their respective clients hereby submit this Notice in response to the Court's June 3, 2010 Order.

Within thirty days of this Notice, all of the Plaintiffs in these consolidated actions (other than Plaintiff Sylvia Carson who already arbitrated her claim) will either commence an individual arbitration or dismiss their claim with prejudice. These Plaintiffs include: Carson, Bercaw, Bradley, Garcia, Larson, Miller, Mitchell, Paxton-Collis, Shaver, Spinozzi, Swearingen, Woods and Winsett.

Respectfully submitted this 9th day of June, 2010.

/s/ Gary W. Jackson
Gary W. Jackson, NC State Bar No. 13976
Sam McGee, NC State Bar No. 25343
**Jackson & McGee, LLP**
225 E. Worthington Avenue, Suite 200
Charlotte, NC  28203
Telephone: 704-377-6680
Facsimile: 704-377-6690
E-mail: gjackson@ncadvocates.com
        smcgee@ncadvocates.com

*Counsel for Plaintiffs Spinozzi, Carson, Mitchell, Bercaw, Winsett, Woods, Miller, and Shaver*


Jamie Sheller
**Sheller, P.C.**
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Telephone: 215-790-7300
Facsimile: 215-546-0942
Email: jsheller@sheller.com

*Counsel for Plaintiffs Spinozzi and Carson*


Sherrie R. Savett
Michael T. Fantini
Jon Lambiras
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000
Facsimile: 215-875-4636
E-mail: ssavett@bm.net
mfantini@bm.net
jlambiras@bm.net

*Counsel for Plaintiffs Spinozzi and Carson*


Burton H. Finkelstein
Tracy D. Rezvani
Rosemary M. Rivas
**Finkelstein Thompson, LLP**
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090
E-mail:
bfinkelstein@finkelsteinthompson.com
trezvani@finkelsteinthompson.com
rrivas@finkelsteinthompson.com

*Counsel for Plaintiffs Bercaw, Winsett, and Woods*

Larry D. Drury
James R. Rowe
Ilan Chorowsky
**Larry D. Drury, Ltd.**
100 N. LaSalle St.
Suite 1010
Chicago, IL 60602
Telephone: 312-346-7950
Facsimile: 312-346-5777
E-mail: ldrurylaw@aol.com

*Counsel for Plaintiff Miller*


Lance August Harke
Howard Mitchell Bushman
**Harke & Clasby, LLP**
155 South Miami Ave.
Suite 600
Miami, FL 33130
Telephone: 305-536-8220
Facsimile: 305-536-8229
E-mail:lharke@harkeclasby.com
          hbushman@harkeclasby.com

*Counsel for Plaintiff Shaver*


Lori E. Andrus
Jennie Lee Anderson
**Andrus Anderson LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400
Facsimile: 415-986-1474
E-mail: lori@andrusanderson.com
          jennie@andrusanderson.com

*Counsel for Plaintiff Shaver*

3

Billy D. Griffin
Jason B. Reynolds
**Griffin, Reynolds & Associates**
416 SW 79th Street, Suite 200
Oklahoma City, OK 73139
Telephone: (405) 721-9500
Facsimile: (405) 721-9503
E-mail: billy@griffinreynoldslaw.com
      jason@griffinreynoldslaw.com

*Counsel for Plaintiff Mitchell*


Jerome Noll
Jeffrey Carton
Christine Ford
**Meiselman, Denlea, Packman, Carton & Eberz, PC**
1311 Mamaroneck Avenue
White Plains, NY 10605
Telephone: (914) 517-5000
Facsimile: (914) 517-5055
E-Mail: jnoll@mdpcelaw.com

*Counsel for Plaintiffs Garcia, Bradley, Paxton-Collis, Larson, and Swearingen*


Robyn C. Crowther
**Caldwell Leslie and Proctor**
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Telephone: 213-629-9040
Facsimile: 213-629-9022

*Counsel for Plaintiffs Garcia, Bradley, Paxton-Collis, Larson, and Swearingen*

4

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2010, I electronically filed the foregoing PLAINTIFFS' NOTICE OF INTENT TO COMMENCE ARBITRATION OR DISMISS WITH PREJUDICE WITHIN 30 DAYS with the Clerk of Court using the CM/ECF system which will send notification of such filing to all disclosed recipients.

                                                  /s/Gary W. Jackson
                                                  Gary W. Jackson