UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-MD-01976-W

_____
:
CONSTANCE SPINOZZI, et al., :
: **STIPULATION OF DISMISSAL**
Plaintiffs, :
:
vs. :
:
LENDINGTREE, LLC, et al. :
:
Defendants. :
_____:

Plaintiffs Geraldine Bradley, Marvin Garcia, James Larson, Eugene Miller, Angela Mitchell, Joy Paxton-Collis, Paul Shaver, Constance Spinozzi, Mark Swearingen, and Russell Winsett, and Defendants LendingTree, LLC and Home Loan Center, Inc.,[1] hereby stipulate to the dismissal with prejudice without costs to either party of Plaintiffs' claims against LendingTree, LLC and Home Loan Center, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This stipulation is not filed on behalf of Plaintiff Sylvia Carson, who completed her arbitration, and Plaintiffs Amy Bercaw and Ty Woods, whose arbitrations will be filed on or before July 9, 2010.

Respectfully submitted this 8th day of July, 2010.

---

[1] Home Loan Center, Inc. was named as a defendant only in Plaintiff Mitchell's case.

1

/s/ Gary W. Jackson
Gary W. Jackson, NC State Bar No. 13976
Sam McGee, NC State Bar No. 25343
**Jackson & McGee, LLP**
225 E. Worthington Avenue, Suite 200
Charlotte, NC  28203
Telephone: 704-377-6680
Facsimile: 704-377-6690
E-mail:  gjackson@ncadvocates.com
　　　　smcgee@ncadvocates.com

*Counsel for Plaintiffs Spinozzi, Carson, Mitchell, Bercaw, Winsett, Woods, Miller, and Shaver*


Jamie Sheller
**Sheller, P.C.**
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Telephone: 215-790-7300
Facsimile: 215-546-0942
Email: jsheller@sheller.com

*Counsel for Plaintiffs Spinozzi and Carson*


Sherrie R. Savett
Michael T. Fantini
Jon Lambiras
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Telephone: 215-875-3000
Facsimile: 215-875-4636
E-mail:  ssavett@bm.net
　　　　mfantini@bm.net
　　　　jlambiras@bm.net

*Counsel for Plaintiffs Spinozzi and Carson*


Burton H. Finkelstein
Tracy D. Rezvani
Rosemary M. Rivas
**Finkelstein Thompson, LLP**

/s/ Robert E. Harrington
Robert E. Harrington
Jonathan C. Krisko
**Robinson, Bradshaw & Hinson, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, NC 28246-1900
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Counsel for Defendants LendingTree, LLC and Home Loan Center, Inc.*


Mark S. Melodia
Paul J. Bond
**Reed Smith LLP**
Princeton Forrestal Village
136 Main Street
Princeton, New Jersey 08540
Telephone: (609) 514-6015

*Counsel for Defendants LendingTree, LLC and Home Loan Center, Inc.*

2

1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090
E-mail: bfinkelstein@finkelsteinthompson.com
   trezvani@finkelsteinthompson.com
   rrivas@finkelsteinthompson.com

*Counsel for Plaintiffs Bercaw, Winsett, and Woods*


Larry D. Drury
James R. Rowe
Ilan Chorowsky
**Larry D. Drury, Ltd.**
100 N. LaSalle St.
Suite 1010
Chicago, IL 60602
Telephone: 312-346-7950
Facsimile: 312-346-5777
E-mail: ldrurylaw@aol.com

*Counsel for Plaintiff Miller*


Lance August Harke
Howard Mitchell Bushman
**Harke & Clasby, LLP**
155 South Miami Ave.
Suite 600
Miami, FL 33130
Telephone: 305-536-8220
Facsimile: 305-536-8229
E-mail:lharke@harkeclasby.com
   hbushman@harkeclasby.com

*Counsel for Plaintiff Shaver*


Lori E. Andrus
Jennie Lee Anderson
**Andrus Anderson LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400
Facsimile: 415-986-1474
E-mail: lori@andrusanderson.com

3

jennie@andrusanderson.com

*Counsel for Plaintiff Shaver*


Billy D. Griffin
Jason B. Reynolds
**Griffin, Reynolds & Associates**
416 SW 79th Street, Suite 200
Oklahoma City, OK 73139
Telephone: (405) 721-9500
Facsimile: (405) 721-9503
E-mail: billy@griffinreynoldslaw.com
jason@griffinreynoldslaw.com

*Counsel for Plaintiff Mitchell*


Jerome Noll
Jeffrey Carton
Christine Ford
**Meiselman, Denlea, Packman, Carton & Eberz, PC**
1311 Mamaroneck Avenue
White Plains, NY 10605
Telephone: (914) 517-5000
Facsimile: (914) 517-5055
E-Mail: jnoll@mdpcelaw.com

*Counsel for Plaintiffs Garcia, Bradley, Paxton-Collis, Larson, and Swearingen*


Robyn C. Crowther
**Caldwell Leslie and Proctor**
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Telephone: 213-629-9040
Facsimile: 213-629-9022

*Counsel for Plaintiffs Garcia, Bradley, Paxton-Collis, Larson, and Swearingen*

## CERTIFICATE OF SERVICE

       I hereby certify that on July 8, 2010, I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to all disclosed recipients.

                                          /s/Gary W. Jackson
                                          Gary W. Jackson