UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:08-CV-229-FDW
(Consolidated with Civil Action Nos. 3:08-CV-247 and 3:08-CV-303)

_____
:
CONSTANCE SPINNOZI, on behalf of :
all others similarly situated, :
:
Plaintiff, :
: PLAINTIFF SYLVIA CARSON'S
v. : MOTION TO CONFIRM
: ARBITRATION AWARD
:
LENDINGTREE, LLC, et al. :
:
Defendants. :
_____:

Plaintiff Sylvia Carson hereby moves the Court to confirm the Arbitration Award attached hereto as Exhibit A. The Award was rendered and executed on April 29, 2010. The undersigned has conferred with counsel for Defendant LendingTree, LLC, who has confirmed that Defendant does not oppose this motion.

Respectfully submitted this the 10th day of May, 2010.

/s/Gary W. Jackson
Gary W. Jackson, NC State Bar No. 13976
Sam McGee, NC State Bar No. 25343
**Jackson & McGee, LLP**
225 E. Worthington Avenue, Suite 200
Charlotte, NC 28203
Telephone: 704-377-6680
Facsimile: 704-377-6690
E-mail: gjackson@ncadvocates.com
smcgee@ncadvocates.com

Jamie Sheller
**Sheller, P.C.**
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Telephone: 215-790-7300
Facsimile: 215-546-0942
Email: jsheller@sheller.com
Admitted Pro Hac Vice


Sherrie R. Savett
Michael T. Fantini
Jon Lambiras
**Berger & Montague**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000
Facsimile: 215-875-4636
E-mail: mfantini@mb.net
        jlambiras@bm.net
        ssavett@bm.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2010, I electronically filed the foregoing Plaintiff Sylvia Carson's Motion to Confirm Arbitration Award with the Clerk of Court using the CM/ECF system which will send notification of such filing to all disclosed recipients.

/s/Gary W. Jackson
Gary W. Jackson