UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-md-01976-W

_____
:
CONSTANCE SPINNOZI, et al.,      :
:
    Plaintiffs,      :
:    NOTICE OF APPEAL
v.      :
:
LENDINGTREE, LLC, et al.      :
:
    Defendants.      :
_____:

    COMES NOW Sylvia Carson, Plaintiff in the above-captioned matter, on behalf of herself and all others similarly situated, by and through counsel, and hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on December 20, 2010 and the Text-Only Order entered August 21, 2008 .

    Respectfully submitted this the 13th day of January, 2011.

/s/Gary W. Jackson
Gary W. Jackson, NC State Bar No. 13976
Sam McGee, NC State Bar No. 25343
**Jackson & McGee, LLP**
225 E. Worthington Avenue, Suite 200
Charlotte, NC  28203
Telephone:  704-377-6680
Facsimile:  704-377-6690
E-mail:  gjackson@ncadvocates.com
        smcgee@ncadvocates.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2011, a copy of the foregoing Notice of Appeal was served on the person(s) hereafter named at the addresses stated below, which is the last known address for said person(s), by depositing said documents in an envelope addressed as indicated with proper postage attached thereto and depositing same in the United States Mail:

Robert Evans Harrington
Robinson, Bradshaw & Hinson, P.A.
101 North Tryon St.
Suite 1900
Charlotte, NC 28246

David Z. Smith
Jonathan C. Krisko
Reed Smith LLP
10 S. Wacker Drive Suite 4000
Chicago, IL 60606

/s/Gary W. Jackson
Gary W. Jackson