FILED: December 9, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1056
(3:08-md-01976-FDW)
_____

SYLVIA CARSON, Case No. 3:08-cv-247

       Plaintiff - Appellant

and

CONSTANCE SPINOZZI, Case No.3:08cv229; ANGELA MITCHELL, Case No.3:08cv303; EUGENE MILLER, JR., Case No.3:08cv2077; MARVIN GARCIA, Case No.3:08cv2078; AMY BERCAW, Case No.3:08cv2079; RUSSELL WINSETT, Case No.3:08cv2079; TY WOODS, Case No.08cv2079; GERALDINE BRADLEY, Case No.3:08cv2080; JOY PAXTON-COLLIS, Case No.3:08cv2080; JAMES LARSON, Case No.3:08cv2080; MARK SWEARINGEN, Case No.3:08cv2080; PAUL SHAVER, Case No.3:08cv2081; BRADLEY PLAINTIFFS, 08cv2080; BERCAW PLAINTIFFS, 08cv2079

       Plaintiffs

v.

LENDINGTREE LLC, a Delaware Corporation

       Defendant - Appellee

and

NEWPORT LENDING CORPORATION; SOUTHERN CALIFORNIA

MARKETING CORPORATION; HOME LOAN CONSULTANTS INCORPORATED; CHAPMAN CAPITAL INCORPORATED; SAGE CREDIT COMPANY; HOME LOAN CENTER INCORPORATED, d/b/a LendingTree Loans, a California Corporation; NEWPORT LENDING GROUP INCORPORATED

           Defendants

_____

# M A N D A T E

_____

The judgment of this court, entered 11/17/11, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*